UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| BARBARA WILLIAMS, | Case No. 2:11-cv-01497-MMD-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | (Defendant's Motion for Summary Judgment – dkt. no. 16) |
| EMERITUS CORPORATION, a foreign corporation, doing business in Nevada as LOYALTON OF LAS VEGAS, DOES I through X and ROES I through X, | |
| Defendants. | |

Before the Court is Defendant Emeritus Corporation's motion for summary judgment on the remaining negligence claim (dkt. no. 16). Plaintiff Barbara Williams' response was due on December 21, 2012. She did not meet this deadline and has not opposed the motion. For the reasons discussed below, the motion is granted.

**I.   BACKGROUND**

This case stems from the events that led to the tragic death of Plaintiff Barbara Williams' mother, Ardelle Ryder, while she was living at a nursing home operated by Defendant Emeritus. The underlying facts are set out in more details in the Court's prior Order. (Dkt. no. 12.) After issuance of that Order, the only claim remaining is Williams' negligence claim. Emeritus now moves for summary judgment on this claim.

**II.   DISCUSSION**

Summary judgment is appropriate for two reasons. First, Williams failed to respond to Emeritus' Motion. Failure to file points and authorities in opposition to a

motion constitutes consent that the motion be granted. L.R. 7-2(d); *see Abbott v. United Venture Capital, Inc.*, 718 F. Supp. 828, 831 (D. Nev. 1989). Second, Emeritus' Motion should be granted on its merits. Emeritus argues that because Williams' negligence claim is premised on her mother's wrongful death, her claim is time barred under NRS 11.190(4)(e). NRS 11.190(4)(e) provides that an action to recover damages resulting from injuries or death of a person must be filed within 2 years. The Court agrees with Emeritus that this action was filed more than two years after Ryder's death and is therefore time barred.

### III.    CONCLUSION

IT IS HEREBY ORDERED that Emeritus' motion for summary judgment (dkt. no. 16) is GRANTED.

The Clerk is directed to close this case.

DATED THIS 18th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE